

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00168-CV

ROBERT HATFIELD                                                    APPELLANT

V.

CLIFTON H. MORRIS, JR., DANIEL                                     APPELLEES
E. BERCE, JOHN CLAY, IAN M.
CUMMING, A.R. DIKE, JAMES H.
GREER, DOUGLAS K. HIGGINS,
KENNETH H. JONES, JR., ROBERT
B. STURGES, JUSTIN R.
WHEELER, GENERAL MOTORS
HOLDINGS, LLC, GENERAL
MOTORS COMPANY, AND
AMERICREDIT CORP.

------------

## FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1] *See* Tex. R. App. P. 47.4.

We have considered appellant's "Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  July 14, 2011